# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# Northern Division

### Docket No. 2:11-CR-31-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| TONY TYRELL COMMANDER | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Tuesday, July 3, 2012, in New Bern. The case is hereby CONTINUED to September 6, 2012, at 9:30 a.m. in New Bern, North Carolina.

This 27th day of June, 2012.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge